# APPENDIX A

| Subdivision | State | Signed With Permission | Name of At Least One Law Firm of Record | Jurisdiction | Docket Number |
|---|---|---|---|---|---|
| Alachua County | FL | /s/ Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC | NDOH | 1:18-op-45685-DAP |
| Bay County | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-45455-DAP |
| Bradford County | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45564-DAP |
| Brevard County | FL | /s/ Robbins Geller Rudman & Dowd LLP | Robbins Geller Rudman & Dowd LLP | NDOH | 1:19-op-45064-DAP |
| Broward County | FL | /s/ Robbins Geller Rudman & Dowd LLP | Robbins Geller Rudman & Dowd LLP | NDOH | 1:18-OP-45332-DAP |
| Calhoun County | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-45363-DAP |
| City of Apopka | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45883-DAP |
| City of Bradenton | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-46331-DAP |
| City of Clearwater | FL | /s/ Motley Rice LLC | Motley Rice LLC | NDOH | 1:19-op-45009-DAP |
| City of Coconut Creek | FL | /s/ Robbins Geller Rudman & Dowd LLP | Robbins Geller Rudman & Dowd LLP | NDOH | 1:19-op-45089-DAP |
| City of Coral Gables | FL | /s/ Kozyak Tropin & Throckmorton, LLP | Kozyak Tropin & Throckmorton, LLP | NDOH | 1:18-op-45852 |
| City of Coral Springs | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-46123-DAP |
| City of Daytona Beach | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45598-DAP |
| City of Daytona Beach Shores | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45587-DAP |
| City of Deerfield Beach | FL | /s/ Morgan & Morgan Complex Litigation Group | Morgan & Morgan Complex Litigation Group | NDOH | 1:19-op-45021 -DAP |
| City of Delray Beach | FL | /s/ Robbins Geller Rudman & Dowd LLP | Robbins Geller Rudman & Dowd LLP | NDOH | 1:18-op-45051-DAP |
| City of Deltona | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45586-DAP |
| City of Florida City | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45594-DAP |
| City of Fort Lauderdale | FL | /s/ Morgan & Morgan Complex Litigation Group | Morgan & Morgan Complex Litigation Group | NDOH | 1:18-op-46329-DAP |
| City of Ft. Pierce | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45595-DAP |
| City of Hallandale Beach | FL | /s/ Morgan & Morgan Complex Litigation Group | Morgan & Morgan Complex Litigation Group | NDOH | 1:19-op-45119-DAP |
| City of Homestead | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45980-DAP |
| City of Jacksonville | FL | /s/ Scott+Scott Attorneys at Law LLP | Scott+Scott Attorneys at Law LLP | NDOH | 18-op-46120-DAP |
| City of Lauderhill | FL | /s/ Morgan & Morgan Complex Litigation Group | Morgan & Morgan Complex Litigation Group | NDOH | 1:19-op-45120-DAP |
| City of Lynn Haven | FL | /s/ Riley & Jackson, P.C. | Riley & Jackson, P.C. | NDOH | 19:op-46006-DAP |
| City of Miami | FL | /s/ Motley Rice LLC | Motley Rice LLC | NDOH | 1:18-op-45664-DAP |
| City of Miami Gardens | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-45873-DAP |
| City of Miramar | FL | /s/ Morgan & Morgan Complex Litigation Group | Morgan & Morgan Complex Litigation Group | NDOH | 1:19-op-45088-DAP |
| City of New Port Richey | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:19-op-46073-DAP |

| City | State | Signature | Firm | Court | Case Number |
|---|---|---|---|---|---|
| City of Niceville | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:21-op-45081-DAP |
| City of North Miami | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-45872-DAP |
| City of Ocala | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45834-DAP |
| City of Ocoee | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45966-DAP |
| City of Orlando | FL | /s/ Morgan & Morgan Complex Litigation Group | Morgan & Morgan Complex Litigation Group | NDOH | 1:20-op-45223-DAP |
| City of Ormond Beach | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:19-op-46121-DAP |
| City of Oviedo | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45584-DAP |
| City of Palatka | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45984-DAP |
| City of Palm Bay | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:18-op-46132-DAP |
| City of Palmetto | FL | /s/ The Robertson Law Firm PA | The Robertson Law Firm PA | NDOH | 1:18-op-46055-DAP |
| City of Panama City | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-45373-DAP |
| City of Pembroke Pines | FL | /s/ Morgan & Morgan Complex Litigation Group | Morgan & Morgan Complex Litigation Group | NDOH | 1:18-op-46363-DAP |
| City of Pensacola | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-45331-DAP |
| City of Pinellas Park | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-45807-DAP |
| City of Pompano Beach | FL | /s/ Robbins Geller Rudman & Dowd LLP | Robbins Geller Rudman & Dowd LLP | NDOH | 1:19-op-45087-DAP |
| City of Port St. Lucie | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45596-DAP |
| City of Sanford | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45599-DAP |
| City of Sarasota | FL | /s/ The Robertson Law Firm PA | The Robertson Law Firm PA | NDOH | 1:18-op-45513-DAP |
| City of St. Augustine | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45592-DAP |
| City of St. Petersburg | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-45701-DAP |
| City of Stuart | FL | /s/ The Law Offices of Travis R. Walker, P.A. | The Law Offices of Travis R. Walker, P.A. | NDOH | 1:20-op-45124-DAP |
| City of Sweetwater | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45914-DAP |
| City of Tallahassee | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-46243-DAP |
| City of Tampa | FL | /s/ Mike Moore Law Firm, LLC | Mike Moore Law Firm, LLC | NDOH | 1:18-op-46282-DAP |
| Clay County | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45591-DAP |
| Dixie County | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45604-DAP |
| Escambia County | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-45729-DAP |
| Gilchrist County | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45605-DAP |
| Gulf County | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-45953-DAP |
| Hamilton County | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45589-DAP |

| County | State | Signature | Firm | Court | Case Number |
|---|---|---|---|---|---|
| Hernando County | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:19-op-45667-DAP |
| Hillsborough County | FL | /s/ Mike Moore Law Firm, LLC | Mike Moore Law Firm, LLC | NDOH | 1:18-op-46281-DAP |
| Holmes County | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-45456-DAP |
| Jackson County | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:19-op-45283-DAP |
| Lake County | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45588-DAP |
| Lee County | FL | /s/ Ferrer Poirot & Wansbrough | Ferrer Poirot & Wansbrough | NDOH | 1:19-op-45671-DAP |
| Leon County | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-46242-DAP |
| Levy County | FL | /s/ Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC | NDOH | 1:18-op-46119-DAP |
| Manatee County | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45044-DAP |
| Marion County | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45272-DAP |
| Miami-Dade County | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-45552-DAP |
| Okaloosa County | FL | /s/ Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC | NDOH | 1:19-op-45894-DAP |
| Orange County | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45797-DAP |
| Osceola County | FL | /s/ Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC | NDOH | 1:18-op-45669-DAP |
| Palm Beach County | FL | /s/ Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC | NDOH | 1:18-op-46121-DAP |
| Pasco County | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-45851-DAP |
| Pinellas County | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-45742-DAP |
| Polk County | FL | /s/ Law Office of Thomas L. Young, P.A. | Law Office of Thomas L. Young, P.A. | NDOH | 1:18-op-45970-DAP |
| Putnam County | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-46122-DAP |
| Santa Rosa County | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-45861-DAP |
| Sarasota County | FL | /s/ Motley Rice LLC | Motley Rice LLC | NDOH | 1:19-op-45339-DAP |
| Seminole County | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45565-DAP |
| St. Johns County | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45563-DAP |
| St. Lucie County | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45656-DAP |
| Suwannee County | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45590-DAP |
| Taylor County | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45597-DAP |
| The County Commission of Monroe County | FL | /s/ Morgan & Morgan Complex Litigation Group | Morgan & Morgan Complex Litigation Group | NDOH | 1:19-op-45273-DAP |
| Town of Eatonville | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-46014-DAP |
| Union County | FL | /s/ Romano Law Group | Romano Law Group | NDOH | 1:19-op-45603-DAP |
| Volusia County | FL | /s/ Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr, Mougey, P.A. | NDOH | 1:18-op-45782-DAP |

| Walton County | FL | /s/ Napoli Shkolnik, PLLC | Napoli Shkolnik, PLLC | NDOH | 1:19-op-45423-DAP |
| Washington County | FL | /s/ DeGaris Law | DeGaris Law | NDOH | 1:18-op-45523-DAP |